# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD TECH TOYS, INC., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>SAIF YASIN,<br><br>    Defendant. | CV 20-7376 DSF (KSx)<br><br>Order GRANTING Motion to Remand (Dkt. No. 9) |

    Defendant removed this case more than 30 days after being served with the complaint. Plaintiff has moved to remand the case due to the untimely removal. Defendant claims that the removal was timely because removal occurred within 30 days of first learning the state of Defendant's own domicile. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for September 28, 2020 is removed from the Court's calendar.

    Defendant's argument is obviously nonsensical and, if adopted, would completely undermine the 30-day limit on removal. A defendant knows the defendant's own citizenship at the time of service. The facts relevant to the citizenship analysis are almost by definition known to the defendant and any legal analysis required to apply those facts is the defendant's responsibility. It makes no sense to allow a defendant to wait for the *plaintiff* to inform the defendant of the defendant's own citizenship. More likely, the adoption of Defendant's reasoning would allow defendants to sit back, litigate in state court, and then "discover" their own citizenships whenever it was convenient.

    The motion to remand is GRANTED.  The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: September 16, 2020

                                                    Dale S. Fischer
                                                    United States District Judge